UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr390

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RECCO SALAVES MEEKS (9) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion for sentencing transcript and a concurrent sentence. (Document No. 366). Judgment was entered on June 15, 2007, sentencing the defendant to a term of imprisonment concurrent with a state sentence. (Doc. No. 286: Judgment). Defendant did not appeal his conviction and sentence.

In order to obtain free copies of his transcripts, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). A prisoner is not entitled to free transcripts without a showing of need, merely to comb the record in hopes of discovering some flaw. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). The requested transcript does not pertain to any pending suit or appeal. Although the defendant filed a motion for a concurrent sentence more than a year after sentencing (Doc. No. 365), he has not shown that the Court has the authority to grant him the requested relief. Fed. R. Crim. P. 35(a) (court may correct sentence within seven days of sentencing).

**IT IS, THEREFORE, ORDERED** that the defendant's request for sentencing transcript is **DENIED**. His request for concurrent sentence will be addressed by separate order.

Signed: October 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge