IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr390

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>RECCO SALAVES MEEKS )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine. (Doc. No. 407).

The defendant was sentenced to achieve an aggregate sentence of 240 months' imprisonment pursuant to the mandatory minimum sentence prescribed in 21 U.S.C. § 841(b)(1)(A), based on his guilty plea to conspiracy to possess with intent to distribute 50 grams or more of a mixture and substance containing cocaine base.[1] (Doc. No. 143: Plea Agreement; Doc. No. 193: § 851 Notice; Doc. No. 286: Judgment; Doc. No. 287: Statement of Reasons). Accordingly, the change in the guidelines does not affect the defendant's sentence. Neal v. United States, 516 U.S. 284, 296 (1996) (retroactive amendment to guidelines does not alter statutory mandatory minimum); United States v. Hood, 556 F.3d 226, 233 (4th Cir. 2009).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

---

[1] The sentence was adjusted to give the defendant credit for time spent in state custody for the same conduct. (Doc. No. 285: Order).

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants