UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr390

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RECCO SALAVES MEEKS (9) ) | |
| ) | |

**THIS MATTER** comes before the Court upon the defendant's motion for sentencing transcript and a concurrent sentence. (Document No. 366). The request for a transcript was addressed in a separate order. (Doc. No. 414).

The defendant seeks additional credit for time he spent in state custody allegedly related to his federal offense. The Court denied the defendant's previous request for such relief (Doc. No. 411) and the defendant has not provided any additional information to bring that decision into question.

**IT IS, THEREFORE, ORDERED** that the defendant's request for concurrent sentence (Doc. No. 366) is **DENIED**.

**IT IS FURTHER ORDERED** that similar repetitive requests may be summarily denied.

Signed: May 27, 2010

Robert J. Conrad, Jr.
Chief United States District Judge