IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00390-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RECCO SALAVES MEEKS | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se again seeking a reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine. (Doc. No. 469). Appointed counsel has concluded the defendant is not eligible for a sentence reduction. (Doc. Nos. 482: Notice of Ineligibility).

The Court previously ruled that the defendant did not benefit from retroactive amendments to the United States Sentencing Guidelines triggered by the Fair Sentencing Act of 2010 (FSA) because he was sentenced to the mandatory minimum for his drug offense. (Doc. No. 453: Order at 1). In the instant motion, the defendant relies on USSG Amendment 750 for his claim, which re-promulgated as permanent the temporary emergency amendment relating to the Fair Sentence Act of 2010. USSG Appendix C—Vol. III at 392 (2011). Accordingly, the defendant remains ineligible for relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 469), is **DENIED**.

Signed: July 30, 2015

Robert J. Conrad, Jr.
United States District Judge